UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL CAVAZOS, | Case No. CV 14-2885 JVS(JC) |
| Petitioner, | JUDGMENT |
| v. | |
| M. FRINK, | |
| Respondent. | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the operative First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED:  __April 7, 2015_

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE